UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARGARITA PEGUERO,

        Plaintiff,

- against -

METROPOLITAN HOSPITAL,

        Defendant.
----------------------------------------------------------X

**ORDER AND JUDGMENT**
16-CV-1123 (RRM) (RML)

*Judgment Vacated by Memorandum + Order dated 6/20/16*

ROSLYNN R. MAUSKOPF, United States District Judge.

    On March 4, 2016, plaintiff Margarita Peguero filed the above-captioned *pro se* complaint alleging employment discrimination. By Order entered April 13, 2016, the Court granted plaintiff's request to proceed *in forma pauperis*, dismissed the complaint, and granted leave to file an amended complaint within 30 days. Plaintiff was provided with a form for filing an employment discrimination action. More than 30 days have elapsed, and plaintiff has not submitted the form or filed an amended complaint. Accordingly, it is:

    ORDERED, ADJUDGED AND DECREED: That the civil action is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

    The Clerk of Court is directed to mail a copy of this Order and Judgment to plaintiff, note the mailing on the docket, and close the case.

                SO ORDERED.

                *Roslynn R. Mauskopf*

                _____
                ROSLYNN R. MAUSKOPF
                United States District Judge

Dated: Brooklyn, New York
       May 27, 2016